EDISON FIXTURE COMPANY, INCORPORATED, PLAINTIFF-APPELLANT, v. M. A. RUCCOLO, DEFENDANT-APPELLEE.

Argued October 8, 1924—Decided February 5, 1925.

On appeal from the District Court of the city of Camden.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the appellant, *Herman B. J. Weckstein.*

For the appellee, *Thomas P. Curley.*

PER CURIAM.

The evidence is not set forth in the state of the case.

The judgment for the defendant will be presumed to have been justified by the proofs, and will be affirmed, with costs.